# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMRA LENEE BROWN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 3:14-cv-01900-EMC<br><br>[~~PROPOSED~~]<br>ORDER OF REMAND |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is reversed and remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation for Remand.

DATE:　10/21/14



_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE